JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**MARQUISE BAILEY,**

**Plaintiff,**

**vs.**

**EDD MERIDA JORDAN, AS TRUSTEE OF THE DR. EDD MERIDA JORDAN LIVING TRUST; and DOES 1 to 10,**

**Defendants.**

**Case No.: 2:26-cv-04289-MWF-DSRx**
Assigned to Judge Michael W. Fitzgerald

**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

SO ORDERED.

DATED: September 18, 2026D

Michael W. Fitzgerald,
United States District Court Judge